

Office Of The Clerk

# Court of Appeal, First Circuit

State of Louisiana

www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

May 20, 2022

Docket Number:  2021 - CW - 1379

Wesley Joseph Jarrell
   versus
Rebecca King Jarrell

TO:   Julie Miramon Knight
216 Austin Street
Bogalusa, LA 70427
julie@juliemknight.com

Ana E. Lopez
331 Girod Street
Mandeville, LA 70448

James E. Moorman III
70439 Courtano Drive
Covington, LA 70433

Hon. Patrice W. Oppenheim
701 N. Columbia Street
Covington, LA 70433

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WESLEY JOSEPH JARRELL

VERSUS

REBECCA KING JARRELL

NO.  2021 CW 1379

**MAY 20, 2022**

---

In Re:    Rebecca King Jarrell, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2019-15465.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

                    **JMM**
                    **WIL**
                    **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT